# Office of the United States Trustee

| In re: | Post-Confirmation Status Report |
|---|---|
| CONTINENTAL COIN, INC. | |
| Debtor | Quarter Ending: |
| Chapter 11 Case No: 1:00-bk-15821-GM | 12/31/2016 |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report - Name, Address, Phone & FAX: |
|---|---|
| Nancy H. Zamora, Trustee    Phone: (213) 488-9411<br>633 West 5th Street, Suite 2600   Fax: (213) 488-9418<br>Los Angeles, CA 90071 | Nancy H. Zamora, Trustee    Phone: (213) 488-9411<br>633 West 5th Street, Suite 2600   Fax: (213) 488-9418<br>Los Angeles, CA 90071 |

| | |
|---|---|
| Date Order was entered confirming plan | July 31, 2007 (Effective Date October 18, 2015) |
| Disbursing Agent (if any) (Please print) | Nancy H. Zamora |

### SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER

| | |
|---|---|
| Disbursements made under the plan | $0 |
| | |
| Total Disbursements | $0 |

| | |
|---|---|
| Projected date of final decree | December 9, 2016 |
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | N/A |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | N/A |
| Date last U. S. Trustee fee paid | July 2016 – 4th Qtr. Trustee Fees |
| Amount Paid | $650 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

*[Signed] Nancy Zamora, Disbursing Agent*

Signature of person responsible for this report

Date: December 7, 2016

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. <u>You may be required to file additional reports with the Bankruptcy Court.</u>*